IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **M.C., by her Guardian, P.W.,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL NO. 09-2191** |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| **Defendants.** : | |
| : | |

**ORDER**

**AND NOW,** this 9th day of November, 2009, upon consideration of Defendant's Motion for Reconsideration [Doc. No. 10], Plaintiff's Response in Opposition [Doc. No. 12], and Defendant's Reply in Support of its Motion [Doc. No. 13], it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons stated in the attached Memorandum Opinion.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**